IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

    vs.                            *    CRIMINAL NO. MJG-15-0302
                                        CRIMINAL NO. MJG-15-0303
CHARLES DENNIS BOLDEN, SR.         *

*        *        *        *        *        *        *        *        *

MEMORANDUM AND ORDER

    The Court has before it the Government's Motion for Joinder

of Offenses for Trial [ECF No. 187 in MJG-15-0303] and the

materials submitted relating thereto.  The Court finds that a

hearing is unnecessary.

    The offenses charged in the above-captioned cases are

closely related – arising out of the Defendant's allegedly

defrauding his employer in regard to his employment by (1)

participating in a bribery scheme to enable truckers to evade

payment of "tipping fees" and (2) stealing and reselling metals

that were to have been sold for the benefit of his employer.

The charges could have been joined in one indictment but were

not due to the presence of co-defendants in MJG-15-0302 who were

not co-defendants in MJG-15-0303.  Having separate trials would

require considerable duplication of evidence presentation,

particularly in regard to issues – common to both charges –

regarding the status of Defendant Bolden and/or others as an

agent of the Baltimore City Department of Public Works and

whether, in a one-year period, the Baltimore City Department of

Public Works received federal benefits in excess of $10,000.

    For the foregoing reasons:

       1.   The Government's Motion for Joinder of Offenses for Trial [ECF No. 187 in MJG-15-0303] is GRANTED.

       2.   There shall be a joint trial of the charges in the above-captioned cases as currently scheduled, commencing February 16, 2016.

    SO ORDERED, on <u>Friday, December 04, 2015</u>.

<u>     /s/     </u>

Marvin J. Garbis
United States District Judge
